

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00654-CR

Sir Alex Meyers **RANDOLPH**,
Appellant

v.

The **STATE** of Texas,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0281
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED November 13, 2019.

_____
Beth Watkins, Justice